# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHEN PUI, | CV F 07-0183 AWI DLB HC |
| Petitioner, | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| v. | |
| DENNIS SMITH, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: February 8, 2007            /s/ Dennis L. Beck
ah0l4d                             UNITED STATES MAGISTRATE JUDGE