UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID CHEN PUI, ) | ) | 1:07-CV-00183 AWI DLB HC |
| Petitioner, | ) ) | |
| | ) | ORDER DIRECTING RESPONDENT TO NOTIFY COURT |
| v. | ) ) | |
| | ) | |
| DENNIS SMITH, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 22, 2007, the undersigned issued an order granting the petition. Respondent was ordered to consider the appropriateness of transferring Petitioner to an RRC in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. Respondent was ordered to make this determination promptly, not to exceed 14 days from the date of this Opinion and Order.

On April 27, 2007, Petitioner filed a motion to enforce the judgment. Petitioner complains

1  Respondent has wilfully neglected the Court's order by failing to consider Petitioner for transfer.
2          Accordingly, IT IS HEREBY ORDERED that Respondent is DIRECTED to notify the Court,
3  within fourteen (14) days from the date of this Order, whether he has complied with the Order of
4  March 22, 2007.

6  IT IS SO ORDERED.
7  **Dated:     May 8, 2007**                              /s/ Anthony W. Ishii
                                                         UNITED STATES DISTRICT JUDGE